UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| EARL OWENS, | ) |
| | ) Cause No. 1:20-cv-1900 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CONSOLIDATED CITY OF INDIANAPOLIS | ) |
| AND MARION COUNTY, | ) |
| OFFICER MATTHEW MCFADDEN, and | ) |
| HAROLD BLAKE, | ) |
| | ) |
| Defendants. | ) |

**SUMMONS IN A CIVIL ACTION**

TO:   Consolidated City of Indianapolis and Marion County
c/o Office of the Mayor
200 E. Washington Street, Room 2501
Indianapolis, IN 46204


A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Andrea Ciobanu, Attorney #28942-49
> CIOBANU LAW, P.C.
> 902 E. 66th Street
> Indianapolis, IN 46220

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____          _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| EARL OWENS, | ) |
| | ) Cause No. 1:20-cv-1900 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CONSOLIDATED CITY OF INDIANAPOLIS | ) |
| AND MARION COUNTY, | ) |
| OFFICER MATTHEW MCFADDEN, and | ) |
| HAROLD BLAKE, | ) |
| | ) |
| Defendants. | ) |

**SUMMONS IN A CIVIL ACTION**

TO:   Matthew McFadden
c/o Indianapolis Metropolitan Police Department
50 N. Alabama St.
Indianapolis, IN 46204

A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Andrea Ciobanu, Attorney #28942-49
> CIOBANU LAW, P.C.
> 902 E. 66th Street
> Indianapolis, IN 46220

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                                *Signature of Clerk or Deputy Clerk*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| EARL OWENS, | ) |
| | ) Cause No. 1:20-cv-1900 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CONSOLIDATED CITY OF INDIANAPOLIS | ) |
| AND MARION COUNTY, | ) |
| OFFICER MATTHEW MCFADDEN, and | ) |
| HAROLD BLAKE, | ) |
| | ) |
| Defendants. | ) |

**SUMMONS IN A CIVIL ACTION**

TO:   Harold Blake
       4203 Indian Bayou Trail, #1315
       Destin, FL 32541

A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Andrea Ciobanu, Attorney #28942-49
> CIOBANU LAW, P.C.
> 902 E. 66th Street
> Indianapolis, IN 46220

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
                                   *Signature of Clerk or Deputy Clerk*